**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01519-CV

**BEVER PROPERTIES, LLC AND JESSE M. TAYLOR, D.D.S., P.A., Appellants**

**V.**

**JERRY HUFFMAN CUSTOM BUILDER, L.L.C., ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-2512-04**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 27, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Niki Garcia, Official Court Reporter for the 366th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not requested or paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification the record has not been requested, or paid for, or no arrangements have been made to pay for the record, we may order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Raymond Wheless
Presiding Judge, 366th Judicial District Court

Niki Garcia
Official Court Reporter, 366th Judicial District Court

Counsel for all parties.

/s/     ADA BROWN
             JUSTICE